```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  06-61056-CIV-COHN
                              MAGISTRATE P. A. WHITE
```

HERMAN L. REED,                  :

    Plaintiff,               :

v.                               :          <u>REPORT OF</u>
                                                  <u>MAGISTRATE JUDGE</u>

STATE OF FLORIDA, et al.,        :

    Defendants.              :
_____

     Herman L. Reed filed a civil rights complaint pursuant to 42 U.S.C. 1983, alleging that arresting officers did not advise him of his constitutional rights, and that the state court denied his right to due process. He sought release from custody and the dismissal of his criminal charges. A Report was entered recommending on November 27, 2006, that the case be dismissed, for failure to state a cognizable civil rights claim. (DE#11). That Report was mailed to the plaintiff at the Broward County Stockade. The Court's docket indicates that it was returned to the Court as undeliverable. An Order issued by United States District Judge James I. Cohn adopted the report in part, but referred the case back to the Undersigned upon the plaintiff's additional pleading docketed as "Notice to the Court". In that pleading Reed added allegations of being held overnight in a cold holding cell without clothing, mattress, blanket or pillow.

     Upon inquiry, the Court learned from the Broward Sheriff's Office that Reed was released on bond on October 2006, and that he has filed no change of address. Judge Cohn sent a copy of the Magistrate's Report and his Order to both the stockade and his home address provided by the BSO. Judge Cohn's Order specifically

directed the plaintiff to file a change of address to advise the Court of his current location. The Order was dated February 2, 2007.

As of this date, nothing further has been filed by the plaintiff. He has failed to comply with Judge Cohn's Order and has not supplied the Court with any current address. Nor has he filed a notice of inquiry. It would appear that the plaintiff, no longer confined in the stockade, has lost interest in litigating this case.

It is therefore recommended that this case be dismissed, without prejudice, for lack of prosecution.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 28th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Herman L. Reed, Pro Se
      #800600761
      PO Box 40764
      Ft Lauderdale, FL 33340

      Herman L. Reed
      713 NW 5th Court
      Hallendale, FL 33009