UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SCANNED**

Case No. 06-61056-CIV-COHN/WHITE

HERMAN L. REED,

      Plaintiff,

v.

STATE OF FLORIDA, et al.,

      Defendants.

_____/

## ORDER SUSTAINING OBJECTIONS TO REPORT AND RECOMMENDATION; RE-REFERRING CASE TO MAGISTRATE JUDGE WHITE

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 13], submitted by United States Magistrate Judge Patrick A. White on October 1, 2007, regarding Plaintiff Herman L. Reed's civil rights complaint filed pursuant to 42 U.S.C. § 1983. In this Report, Judge White notes that Plaintiff has been released from the Broward County Stockade but has not filed an updated address with the Court, and recommends that the case be dismissed, without prejudice, for lack of prosecution.

Since the date of this Report and Recommendation, this Court sent a copy of the Report and Recommendation to Mr. Reed at a Hallendale, FL address in the record and entered an Order directing Plaintiff to file a Notice of Change of Address to update his address with the Court. Plaintiff responded by providing his current address [DE 17] and filing Objections to the Report and Recommendation [DE 15], making clear his intention to proceed with his case. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Objections to the Report and Recommendation are **SUSTAINED**. This case is re-referred to Magistrate Judge White

to proceed on the claims challenging the conditions of Plaintiff's pretrial confinement, as alleged in Docket Entry 9, which this Court has construed as an Amended Complaint.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12 day of December 11, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Herman L. Reed, *pro se*
713 N.W> 5th Court
Hallendale, FL  33009